IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| DANTE G. FREDRICK,<br><br>Plaintiff,<br><br>v.<br><br>DAVID L. CAVENDER,<br><br>Defendant. | CIVIL ACTION NO.: 6:15-cv-104 |

## ORDER

This matter comes before the Court on Plaintiff's Notice of Voluntary Dismissal filed November 20, 2015. (Doc. 6.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), the Court **DISMISSES** this case without prejudice. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this _8th_ day of December, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA